Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESLEY WELBORNE, an individual; ZACHARY WELBORNE, an individual;<br><br>Plaintiffs;<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:23-cv-01281-GMN-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT NATIONAL CREDIT SYSTEMS, INC. WITH PREJUDICE** |

Plaintiffs, Wesley Welborne and Zachary Welborne ("Plaintiffs"), and Defendant, National Credit Systems Inc. ("NCS") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

///

under FRCP 41(a) as to NCS, with Plaintiffs and NCS bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 13, 2023

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiffs*

Dated: December 13, 2023

**MICHAEL B. LEE, P.C.**

*/s/ Michael B. Lee*
Michael B. Lee, Esq.
Nevada Bar. No. 10122
Michael N. Matthis, Esq.
Nevada Bar No. 14582
1820 E. Sahara Avenue, Suite 110
Las Vegas, NV 89104
mike@mblnv.com
matthis@mblnv.com
*Attorneys for Defendant
National Credit Systems, Inc.*

**IT IS SO ORDERED.**

The Clerk of Court is hereby directed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: _December 13, 2023_____